

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-15-01025-CV

Style:      In the Matter of J.G., Respondent

Date motion filed*:      January 27, 2016

Type of motion:      Second Motion to Extend Time to File Appellate Brief

Party filing motion:      Appellant

Document to be filed:      Appellant's Brief

Is appeal accelerated?      Yes (juvenile certification).

If motion to extend time:

     Original due date:      January 11, 2016

     Number of extensions granted:      1      Current Due Date: January 27, 2016

     Date Requested:      February 1, 2016

Ordered that motion is:

     ☑ Granted

         If document is to be filed, document due: February 1, 2016.

         ☑      No further extensions of time will be granted absent extraordinary circumstances.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

     Because appellant's counsel stated that she seeks only a 5-day extension to file her brief since, among other reasons, this is one of the first juvenile certification appeals allowed under the new interlocutory appeal statute, her second extension is **granted until February 1, 2016**. *See* TEX. FAM. CODE ANN. § 56.01(h-1) (West Supp. 2015); TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d). However, because this accelerated appeal is to be disposed of within 180 days of the filing of the notice of appeal, counsel is warned that **no further extensions will be granted absent extraordinary circumstances**. *See* Order, Misc. Docket No. 15–9156, ¶ III(a) (Tex. Aug. 28, 2015).

Judge's signature: /s/ Evelyn V. Keyes
         ☑ Acting individually      ☐ Acting for the Court

Date: January 28, 2016

November 7, 2008 Revision